

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Hon. D. P. Lockhart, Chairman
Board Of Insurance Commissioners
Austin, Texas

Dear Sir:

Opinion No. O-6143
Re: Whether the purpose clause
of charter of General In-
surance Corporation, as
amended, Is sufficient to
permit the writing of
Workmen's Compensation
Insurance.

Accompanying your letter of August 3, 1944, wherein you submit the above question for an opinion of this department, is a copy of the original charter of the General Insurance Corporation, Fort Worth, Texas, approved April 27, 1943, and an amendment approved February 17, 1944.

In answering the question submitted, we are required to look solely to the original Articles of Incorporation, inasmuch as the amendment above mentioned relates strictly to the powers conferred under Art. 4969, Revised Civil Statutes.

The purposes under Chapter 18, Title 78, Vernon's Annotated Civil Statutes, for which the Corporation is formed, are enumerated and set forth in the original Articles of Incorporation, as contained under Art. 4989, Subdivision 1 through 11, with the exception of Subdivisions 5, 9, and 10, being omitted. Subdivision 12 is not adopted or referred to therein, nor is there any statement or reference to the subject of Title 130, Articles 8306-8309, Vernon's Annotated Civil Statutes, provisions of the Workmen's Compensation Law, or the adoption of same.

It is, therefore, the opinion of this department that the charter of the General Insurance Corporation, Fort

646

Worth, Texas, is insufficient to authorize the writing of Workmen's Compensation Insurance.

Yours very truly.

ATTORNEY GENERAL OF TEXAS

BY Wm. J. R. King
Assistant

WJRK:rt



(Ac... ...XAS

APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN